

CLERK, U.S. DISTRICT COURT
FILED
JUN - 2 2017
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2017 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>         Plaintiff, <br><br>         v. <br><br> JEOPHREY RAUL MURRIETA, <br>   aka "Money," <br><br>         Defendant. | CR No. 17-00120(A)-PSG <br><br> F I R S T <br> S U P E R S E D I N G <br> I N D I C T M E N T <br><br> [21 U.S.C. § 846: Conspiracy to Distribute Methamphetamine; 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii): Distribution of Methamphetamine; 18 U.S.C. § 2(a): Aiding and Abetting] |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. § 846]

A.   OBJECT OF THE CONSPIRACY

Beginning on a date unknown to the Grand Jury, and continuing until on or about April 11, 2016, in Los Angeles County, within the Central District of California, and elsewhere, defendant JEOPHREY RAUL MURRIETA, also known as ("aka") "Money" ("defendant"), and an unindicted co-conspirator (the "unindicted co-conspirator"), and others known and unknown to the Grand Jury, conspired and agreed with



each other to knowingly and intentionally distribute at least fifty
grams of methamphetamine, a Schedule II controlled substance, in
violation of Title 21, United States Code, Sections 841(a)(1),
(b)(1)(A)(viii).

B.    MEANS BY WHICH THE OBJECT OF THE CONSPIRACY WAS TO BE
      ACCOMPLISHED

      The object of the conspiracy was to be accomplished, in
substance, as follows:

      1.    Defendant would obtain methamphetamine in order to
distribute to customers.

      2.    Defendant and the unindicted co-conspirator would arrange
to sell methamphetamine to customers.

      3.    Defendant and the unindicted co-conspirator would sell
methamphetamine to customers.

C.    OVERT ACTS

      On or about the following dates, in furtherance of the
conspiracy and to accomplish its objects, defendant and the
unindicted co-conspirator, and others known and unknown to the Grand
Jury, committed various overt acts within the Central District of
California, and elsewhere, including, but not limited to, the
following:

      Overt Act No. 1:    On March 1, 2016, at the Olive Hotel in Los
Angeles, California, the unindicted co-conspirator offered to sell
methamphetamine to a person he believed to be a drug customer but who
was, in fact, a confidential informant working with Homeland Security
Investigations (the "CI").

      Overt Act No. 2:    On March 13, 2016, in text messages using
coded language, defendant arranged to sell the CI two ounces of

2

methamphetamine at an Albertsons parking lot in Montebello, California on March 15, 2016.

Overt Act No. 3:    On March 15, 2016, in the Albertsons parking lot, defendant and the unindicted co-conspirator sold the CI approximately 55 grams of methamphetamine for $520.

Overt Act No. 4:    On March 21, 2016, in text messages using coded language, defendant arranged to sell the CI a quarter-pound of methamphetamine at the Albertsons parking lot on March 23, 2016.

Overt Act No. 5:    On March 23, 2016, in a telephone call using coded language, defendant changed the meeting location to the parking lot of a Fry's Electronics in the City of Industry, California.

Overt Act No. 6:    On March 23, 2016, in the Fry's parking lot, defendant and an unknown co-conspirator sold the CI approximately 110.1 grams of methamphetamine for $1000.

Overt Act No. 7:    On April 8, 2016, in text messages using coded language, defendant discussed selling additional methamphetamine to the CI.

Overt Act No. 8:    On April 9, 2016, in a telephone call using coded language, defendant arranged to sell the CI a half-pound of methamphetamine on April 11, 2016.

Overt Act No. 9:    On April 11, 2016, in the parking lot of a Best Buy in Montebello, California, defendant sold the CI approximately 219.7 grams of methamphetamine for $1500.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii); 18 U.S.C. § 2(a)]

On or about March 15, 2016, in Los Angeles County, within the Central District of California, defendant JEOPHREY RAUL MURRIETA, also known as ("aka") "Money," and the unindicted co-conspirator, each aiding and abetting the other, knowingly and intentionally distributed at least fifty grams, that is, approximately 55 grams, of methamphetamine, a Schedule II controlled substance.

COUNT THREE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

On or about March 23, 2016, in Los Angeles County, within the Central District of California, defendant JEOPHREY RAUL MURRIETA, also known as "Money," knowingly and intentionally distributed at least fifty grams, that is, approximately 110.1 grams, of methamphetamine, a Schedule II controlled substance.

COUNT FOUR

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

On or about April 11, 2016, in Los Angeles County, within the Central District of California, defendant JEOPHREY RAUL MURRIETA, also known as "Money," knowingly and intentionally distributed at least fifty grams, that is, approximately 219.7 grams, of methamphetamine, a Schedule II controlled substance.

A TRUE BILL

_____/ S /_____
Foreperson

SANDRA R. BROWN
Acting United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

LIZABETH A. RHODES
Assistant United States Attorney
Chief, General Crimes Section

WILLIAM A. CROWFOOT
Assistant United States Attorney
Deputy Chief, General Crimes
Section

S. WESLEY GORMAN
Assistant United States Attorney
General Crimes Section